JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO G., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. CV 21-2762 AGR <br><br> JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: June 26, 2023

_____
ALICIA G. ROSENBERG
United States Magistrate Judge